**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
MAY YAN CHEN d/b/a ABILITY CUSTOMS BROKERS,

                            Plaintiff,

      -against-                                             22 **CIVIL** 658 (VSB)

                                                                  **JUDGMENT**

EAGLE TRADING USA, LLC, XIYAN ZHANG, and
SHIPING JIA,

                          Defendants.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 9, 2024, the motion to dismiss this action is GRANTED, and the motion for sanctions is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      April 9, 2024

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                             **BY:**         K. Mango

                                                      **Deputy Clerk**